UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYES RIOS, JR., | ) | CASE NO. CV 14-02240 BRO (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| W.L. MONTGOMERY, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of REYES RIOS, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers; having accepted the findings and recommendation of the United States Magistrate Judge; having waited more than 21 days (as recommended in the Magistrate Judge's Report) after that acceptance for Petitioner to file an amended petition containing only exhausted claims; and having noted that Petitioner has filed no amended petition,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 12, 2014

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE